UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MOZELLA CHILES, et.al.

        Plaintiffs,

v.

THE BANK OF NEW YORK,

        Defendant.
                                       /

No. 07-10938

District Judge Marianne O. Battani

Magistrate Judge R. Steven Whalen

**ORDER DENYING MOTION TO VOID DOCUMENTS**

On May 24, 2007, Plaintiff, proceeding *pro se* (without counsel) filed a Motion to Void Documents [Docket No. 24]. However, the motion is not accompanied by a Certificate of Service, as required by Fed.R.Civ.P. 5(d). Under Fed.R.Civ.P. 5(b)(1), service of a motion must be made on the attorney who represents the opposing party[1], and under Rule 5(d), a Certificate showing the date and manner in which service was made must be filed along with the motion.

Because the Plaintiff has failed to comply with the Rules regarding service of motions, her Motion to Void Documents [Docket #24] is DENIED WITHOUT PREJUDICE. She may re-file a motion that is in compliance with the above rules.

SO ORDERED.

---

[1] Attorney of record for Defendant Bank of New York is Lissa E. Kalt, Trott and Trott, 31440 Northwestern Hwy., Suite 200, Farmington Hills, MI 48334.

        S/R. Steven Whalen
        R. STEVEN WHALEN
        UNITED STATES MAGISTRATE JUDGE

Dated: June 20, 2007

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on June 20, 2007.

        S/G. Wilson
        Judicial Assistant